IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JIMMY J. FULKS,<br>    Plaintiff,<br><br>v.<br><br>MARINEMAX, TX, L.P., ET AL.,<br>    Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:04-CV-382 (TJW)<br>§<br>§<br>§<br>§ |

## ORDER

Pursuant to the parties' Agreed Motion (#69), the Court hereby extends the deadline for the exchange of privilege logs to September 30, 2005.

SIGNED this 4th day of October, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE